UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-243 |
| TRACY RICHARDSON BROWN<br>SANDRA PARKMAN THOMPSON | SECTION "K"(3) |

## ORDER AND REASONS

Before the Court is a Motion to Substitute Counsel of Record (Doc. 36) filed by Tracy Richardson Brown which motion the United States opposes.  The Court has reviewed the materials and finds that the motion has merit.

As stated in *United States v. Gonzalez-Lopez*, 548 U.S. 140 (2006):

> The Sixth Amendment provides that "[i]n all criminal prosecutions, the accused shall enjoy the right . . . to have the Assistance of Counsel for his defense."  We have previously held that an element of this right is the right of a defendant who does not require appointed counsel to choose who will represent him.  *See Wheat v. United States*, 486 U.S. 153, 159, 108 S.Ct. 1692, 100 L.Ed.2d 140 (1988).  *Cf. Powell v. Alabama*, 287 U.S. 45, 53, 53 S. Ct. 55, 77 L.Ed. 158 (1932) ("It is hardly necessary to say that, the right to counsel being conceded, a defendant should be afforded a fair opportunity to secure counsel of his own choice").

*Id*. at 144.  While the Government makes much of the fact that Tracy Richardson Brown has been represented by a three previous attorneys, she has had only one attorney represent her since the instant indictment was handed down on November 1, 2013.  As such, the Court cannot deny her this right to be represented by counsel of her choice.  However, the Court does recognize that there may be a pattern of delay underlying these changes.  In the event she attempts to replace Mr. Jordan on the eve of trial, a more rigorous examination of the circumstances will be necessitated.  Accordingly,

**IT IS ORDERED** that the Motion to Substitute Counsel of Record (Doc. 36) is **GRANTED,** and Mr. Eddie J. Jordan, Jr. is hereby substituted as counsel of record replacing Kerry P. Cuccia, who is hereby allowed to withdraw as counsel of record in this matter.  As previously noted, Mr. Jordan shall file a Speedy Trial Motion to Continue forthwith.

New Orleans, Louisiana, this 29th day of October, 2014.

        **STANWOOD R. DUVAL, JR.**
    **UNITED STATES DISTRICT COURT JUDGE**