# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-243 |
| TRACY RICHARDSON BROWN | SECTION "N" |

## ORDER AND REASONS

Presently before the Court are four (4) motions filed by Defendant Tracy Richardson Brown: (1) Motion for Appointment of Counsel for Rule 33 Motion for New Trial (Rec. Doc. 246); (2) Second Motion for a New Trial (Rec. Doc. 264); (3) Renewed Motion for Appointment of Counsel and Appointment of Independent Mental Health Expert (Rec. Doc. 265); and (4) Motion for Bond Pending Disposition of Pending Motions (Rec. Doc. 266). The United States, through counsel, filed opposition memoranda to these motions. *See* Rec. Docs. 248, 333. Having carefully considered the supporting and opposing submissions, the record, and the applicable law, the Court rules as follows, for essentially the reasons contained in the United States' opposition memoranda:

(1) **IT IS ORDERED** that Defendant's Motion for Appointment of Counsel for Rule 33 Motion for New Trial (Rec. Doc. 246) is **DENIED**.

(2) **IT IS ORDERED** that Defendant's Motion for New Trial (Rec. Doc. 264) is **DENIED**. As fully explained in the United States' opposition memorandum, Defendant has failed to meet the standard governing newly discovered evidence as a basis for new trial, as

1

articulated in *United States v. Lopez-Escobar*, 920 F.2d 1241, 1246 (5th Cir. 1991). *See* Rec. Doc. 333.

(3) **IT IS FURTHER ORDERED** that Defendant's Renewed Motion for Appointment of Counsel and Appointment of Independent Mental Health Expert (Rec. Doc. 265) is **DENIED**.

(4) **IT IS FURTHER ORDERED** that Defendant's Motion for Bond Pending Disposition of Pending Motions (Rec. Doc. 266) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 21st day of May 2018.

**KURT D. ENGELHARDT**
**UNITED STATES JUDGE**