UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-243 |
| TRACY RICHARDSON BROWN | SECTION "R" (3) |

## ORDER

On October 24, 2024, defendant Tracy Richardson Brown filed a *pro se* request for hearing on the court's writ of garnishment.[1] The Court referred the request to Magistrate Judge Eva J. Dossier, who issued a Report and Recommendation ("R&R"), recommending that the Court deny defendant's request for hearing for her failure to assert a legally cognizable exemption from the writ of garnishment.[2] Brown did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the

---

[1] R. Doc. 399.
[2] R. Doc. 408.

record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. The Court DENIES defendant's request for hearing.

New Orleans, Louisiana, this __27th__ day of January, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE